UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 5, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-MJ-00002-DB |
| Plaintiff, ) | |
| v.                                        ) | ORDER FOR RELEASE OF |
|                                             ) | PERSON IN CUSTODY |
| TUAN DUC LAM, ) | |
|                                             ) | |
| Defendant.            ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>TUAN DUC LAM</u>, Case No. <u>2:17-MJ-00002-DB</u>, Charge <u>Title 18 USC §§ 1029; 1028</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

    ✔   Unsecured Appearance Bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond with Surety

    \_\_   Corporate Surety Bail Bond

    ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 5, 2017</u>, at <u>2:30</u> pm.

By _____
Deborah Barnes
United States Magistrate Judge